STUART BARASCH
California Bar #74108
925 W. 41st Street, Suite 102
Miami Beach, FL 33140-3337
Tel (800) 445-2930
Fax (213) 621-2536
sblawoffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO THI NGUYEN,, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. 2:09-CV-00089-KJM <br><br> Hon. Kimberly J. Mueller <br> United States Magistrate Judge <br><br> ORDER |

Pending before the court is Plaintiff's Stipulation and Order to Extend Time for Plaintiff to File Her Motion for Summary Judgment. IT IS HEREBY ORDERED that said stipulation is GRANTED.

IT IS FURTHER ORDERED that Plaintiff should have until August 17, 2009, to file her Motion for Summary Judgment.

DATED: July 13, 2009.

_____
U.S. MAGISTRATE JUDGE