1
2
3
4
5
6
7
8                 IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10 DO THI NGUYEN,
11         Plaintiff,            No. CIV S-09-89 KJM
12     vs.
13 MICHAEL J. ASTRUE,
14         Defendant.      ORDER
15 _____/

16         By order filed September 4, 2009, the motion of plaintiff's counsel to withdraw
17 was granted and plaintiff was directed to file a motion in propria persona no later than September
18 30, 2009.  That time has now passed and plaintiff has not filed a motion for summary judgment.
19         Accordingly, IT IS HEREBY ORDERED that this action is dismissed for lack of
20 prosecution.
21 DATED: October 8, 2009.
22
23 006
    nguyen.dlop                          U.S. MAGISTRATE JUDGE
24
25
26